David J. McGlothlin, Esq. (OSB: 165634)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorney for Plaintiff
Evan Hartly and Michelle Hartly

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### [PORTLAND DIVISION]

| | |
|---|---|
| EVAN HARTLEY and MICHELLE HARTLY<br><br>Plaintiffs,<br><br>vs.<br><br>FIRSTSOURCE ADVANTAGE, LLC; and AMERICAN EXPRESS COMPANY<br><br>Defendant. | Case No. 3:17-CV-1172-PK<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing the Stipulation to Dismiss this action with prejudice, and with each party bearing their own attorney's fees and costs, within 45 days. Plaintiff requests that all pending dates and filing requirements be vacated, and that the Court set a deadline on or after May 18, 2018 for filing a Request for Dismissal.

//
//

NOTICE OF SETTLEMENT      – 1

HYDE & SWIGART

/s/ David J. McGlothlin
David J. McGlothlin, OSB 165634
Attorney for Plaintiff

IT IS SO ORDERED:

DATED this _____ day of _____, 2018.

_____
The Honorable Paul Papak

NOTICE OF SETTLEMENT          – 2

## CERTIFICATE OF SERVICE

 I hereby certify that I served the foregoing NOTICE OF SETTLEMENT on the following named person(s) on the date indicated below by notice of electronic filing use the CM/ECF system.

Britta E. Warren, OSB No. 065441
bew@bhlaw.com
BLACK HELTERLINE LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
One of the Attorneys for American Express Bank, FSB

DATED this 3rd day of April, 2018.

        HYDE & SWIGART

        /s/ David J. McGlothlin
        David J. McGlothlin, OSB 165634
        Attorney for Plaintiff