David J. McGlothlin, Esq. (OSB: 165634)
david@westcoastlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Suite 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile: (602) 230-4482

Attorney for Plaintiff
Evan Hartly and Michelle Hartly

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| EVAN HARTLY and MICHELLE HARTLY, | Case No. 3:17-cv-1172-PK |
| Plaintiffs, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** AND ORDER |
| FIRSTSOURCE ADVANTAGE, LLC, and AMERICAN EXPRESS COMPANY, | |
| Defendants. | |

The parties hereby move the court, by stipulation of their respective attorneys, to dismiss this case with prejudice with each side to bear their own attorney's fees and costs.

IT IS SO STIPULATED:

Dated: _____                                  Dated: _____

s/ David J. McGlothlin                          s/ Britta E. Warren
David J. McGlothlin, OSB No. 165634             Britta E. Warren, OSB No. 065441
Counsel for Plaintiff                           Counsel for Defendants

Page 1 – STIPULATION TO DISMISS WITH PREJUDICE

IT IS SO ORDERED:

DATED this 16th day of May, 2018.

_____
The Honorable Paul Papak

Page 2 – STIPULATION TO DISMISS WITH PREJUDICE